

# Fourth Court of Appeals
## San Antonio, Texas

February 26, 2020

No. 04-20-00016-CR

Erica Hampton **BRICKWELL**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 290th Judicial District Court, Bexar County, Texas
Trial Court No. 2019CR4489
Honorable Laura Lee Parker, Judge Presiding

# O R D E R

Appellant was initially represented by court-appointed counsel from the Bexar County Public Defender's Office, Dean A. Diachin. On February 24, 2020, retained counsel Matthew C. Valley filed a notice of appearance to represent Appellant on appeal, and Dean A. Diachin filed a motion to withdraw as appellate counsel.

Dean A. Diachin's motion to withdraw is GRANTED.

We direct the clerk of this court to update this court's records to show Matthew C. Valley as Appellant's attorney of record in this appeal.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of February, 2020.



Michael A. Cruz,
Clerk of Court